# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,** an IOWA company,<br><br>    Plaintiff,<br><br>vs.<br><br>**THE PICKSWEET COMPANY,**<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br><br><br><br><br>CASE NO: 19-1053-STA-jay |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Notice of Voluntary Dismissal entered on May 15, 2019, this cause is hereby **DISMISSED with prejudice.**

                                        APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 5/15/2019                         THOMAS M. GOULD
                                        Clerk of Court

                                            s/Maurice B. BRYSON
                                        (By)  Deputy Clerk